David Mara, Esq. (SBN 230498)
Email: dmara@maralawfirm.com
Jill Vecchi, Esq. (SBN 299333)
Email: jvecchi@maralawfirm.com
**MARA LAW FIRM, PC**
2650 Camino Del Rio North, Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Mohamed Eldessouky, Esq. (SBN 289955)
Email: mohamed@eldessoukylaw.com
**ELDESSOUKY LAW**
8605 Santa Monica Blvd., Unit 90793
West Hollywood, California 90069
Telephone: (562) 461-0995
Facsimile: (562) 461-0998

Attorneys for Plaintiff OMAR ROSALES,
on behalf of himself, all others similarly situated,
and on behalf of the general public

Nate J. Kowalski, Esq. (SBN 181136)
Email: NKowalski@aalrr.com
Amber S. Healy, Esq. (SBN 232730)
Email: AHealy@aalrr.com
Lauren S. Gafa, Esq. (SBN 316896)
Email: Lauren.Gafa@aalrr.com
**ATKINSON, ANDELSON, LOYA, RUDD & ROMO**
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Facsimile: (562) 653-3333

Attorneys for Defendant THE KROGER CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ROSALES on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO.; and DOES 1-100,<br><br>Defendants. | Case No. 5:22-cv-01503 RGK (RAOx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 26, 2022<br>Removed: August 25, 2022<br>Trial Date: None Set |

**TO THE HONORABLE R. GARY KLAUSNER:**

    Plaintiff OMAR ROSALES ("Plaintiff") and Defendant THE KROGER CO. ("Defendant" or "Kroger") (collectively Plaintiff and Defendant are referred to as the "Parties") submit this Notice of Settlement. On October 7, 2022, the Parties reached a class-wide settlement in principle. The Parties are currently working on a Memorandum of Understanding memorializing their agreement. In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case, including the October 17, 2022 Scheduling Conference and Plaintiff's class certification filing deadline.

Dated: October 12, 2022          **MARA LAW FIRM, PC**

                                                 /s/ *Jill Vecchi*
                                                 David Mara, Esq.
                                                 Jill Vecchi, Esq.
                                                 Attorneys for Plaintiff OMAR ROSALES on behalf of himself, all others similarly situated, and on behalf of the general public

Dated: October 12, 2022          **ATKINSON, ANDELSON, LOYA, RUDD & ROMO**

                                               /s/ *Amber S. Healy*
                                                 Nate J. Kowalski, Esq.
                                                 Amber S. Healy, Esq.
                                                 Lauren S. Gafa, Esq.
                                                 Attorneys for Defendant THE KROGER CO.

I attest that all signatories listed above, and on whose behalf this notice of settlement is submitted, have concurred in and authorized the filing of the motion.

                                               /s/ *Jill Vecchi*
                                                 Jill Vecchi, Esq.