JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ROSALES on behalf of himself, all others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER CO.; and DOES 1-100, <br><br> Defendants. | Case No. 5:22-cv-01503 RGK (RAOx) <br><br> **ORDER [20]** <br><br> Complaint Filed:  April 26, 2022 <br> Removed:  August 25, 2022 <br> Trial Date: June 13, 2023 |

    GOOD CAUSE appearing, the Court hereby GRANTS the Parties' Joint Stipulation to Remand. This case is remanded back to the San Bernardino County Superior Court.  All pending dates are vacated.  The Clerk shall close this case.

    **IT IS SO ORDERED.**

DATED:  2/22/2023

_____
Honorable R. Gary Klausner
U.S. District Judge

cc: Superior Court of California County San Bernardino, CIVSB2208537